UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael A. Bacon,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>Core Civic, *et al.*,<br><br>　　　　　　　　　　Defendants | Case No.  2:20-cv-00914-JAD-VCF<br><br><br><br><br>*and related* |
| Melvin L. Dillon and<br>Robert J. Dillon,<br><br>　　　　　　　　　　Plaintiffs<br><br>　　v.<br><br>Core Civic, Correction Corp of America<br>(NSDC), *et al.*,<br><br>　　　　　　　　　　Defendants | Case No.  2:20-cv-01436-APG-DJA<br><br><br>**Reassignment Order** |

The presiding District Judges in these actions have individually and collectively determined that these actions are related as both involve civil rights claims relating to the novel coronavirus disease (COVID-19) pandemic and the Nevada Southern Detention Center (NSDC), and that there is good cause to reassign them to one district judge under Local Rule 42-1(b) as transfer will promote judicial efficiency and will not result in prejudice to the parties.

It is therefore ordered that Case No. 2:20-cv-01436-APG-DJA is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach, and all future pleadings must bear case number 2:20-cv-01436-JAD-VCF.

Dated this 20th day of August, 2020.



_____  
ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE

_____  
JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE