**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

MELVIN L. DILLON and ROBERT J. DILLON,

          Plaintiff,

vs.

CORE CIVIC CORRECTION CORP OF
AMERICA (NSDC), *et al.*,

          Defendants.

2:20-cv-01436-JAD-VCF

**ORDER**

Before the Court is the Motion to Extend Time to Serve Complaint and Summons (ECF NO. 14).

Plaintiffs seek an extension under FED. R. CIV. P. 4(m) to effectuate service upon the Defendants Michael Carvajal and Brian Koehn.

Plaintiffs filed a Complaint on August 3, 2020. (ECF NO. 1). The time to perfect service of process on defendants has passed. Plaintiffs request an extension to perfect service of process on Defendants Michael Carvajal and Brian Koehn.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." "The 90-day time limit imposed by Rule 4(m) expires 90 days after the first complaint in which the defendant is named..." is filed. *Bolden v. City of Topeka*, 441 F.3d 1129, 1148 (10th Cir. 2006)(emphasis added). *Id.* The district court may extend time for service of process retroactively after the 90-day service period has expired. *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir.2003).

The time to effectuate service upon the Defendants Michael Carvajal and Brian Koehn has expired, and Plaintiffs must make a showing of good cause or excusable neglect in order for the court to extend this deadline for an appropriate period. *See* Fed. R.  Civ. P. 4(m); *Lemoge*, 587 F.3d at 1198; *Mann*, 324 F.3d at 1090 (the court may extend the deadline for service of process retroactively).  Here, Plaintiffs have failed to provide good cause as to why they have not been able to perfect service of process on Defendants Michael Carvajal and Brian Koehn.

Accordingly,

IT IS ORDERED that the Motion to Extend Time to Serve Complaint and Summons (ECF NO. 14) is DENIED without prejudice.

DATED this 28th day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE