# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MELVIN L. DILLON and ROBERT J. DILLON,

Plaintiff,

vs.

CORE CIVIC, CORRECTION CORP OF AMERICA (NSDC), *et al.*,

Defendants.

2:20-cv-01436-JAD-VCF

**ORDER**

Before the Court is the Motion for Reconsideration on Request of Time Extension to Serve Complaint and Summons (ECF NO. 17).

On December 28, 2020, the Court denied Plaintiffs' Motion to Extend Time to Serve Complaint and Summons because Plaintiffs failed to provide good cause as to why they have not been able to perfect service of process on Defendants Michael Carvajal and Brian Koehn.  (ECF No. 16).  Plaintiffs now ask the court to reconsider their request for extension of time to perfect service on Defendants Michael Carvajal and Brian Koehn.  (ECF NO. 17).

The Court has reviewed Plaintiffs' motion and finds that Plaintiffs have provided good cause that justify their request to extend the time to perfect service of process on Defendants Michael Carvajal and Brian Koehn.  *See* Fed. R.Civ. P. 4(m); *Lemoge*, 587 F.3d at 1198; *Mann*, 324 F.3d at 1090 (the court may extend the deadline for service of process retroactively).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Reconsideration on Request of Time Extension to Serve Complaint and Summons (ECF NO. 17), is GRANTED.

IT IS FURTHER ORDERED that the time to perfect service of process on Defendants Michael Carvajal and Brian Koehn is extended up to and including May 28, 2021.

DATED this 26th day of January, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE