**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MELVIN L. DILLON and ROBERT J. DILLON, <br><br> Plaintiff, <br><br> vs. <br><br> CORE CIVIC, CORRECTION CORP OF AMERICA (NSDC), *et al.*, <br><br> Defendants. | 2:20-cv-01436-JAD-VCF <br><br> **ORDER** |

Before the Court is the Motion for Leave to Amend Complaint (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED an opposition to the Motion for Leave to Amend Complaint (ECF NO. 19) must be filed on or before April 30, 2021. Any reply in support of the Motion for Leave to Amend Complaint (ECF NO. 19) must be filed on or before May 14, 2021.

DATED this 18th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE