# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MELVIN L. DILLON and ROBERT J. DILLON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CORE CIVIC, CORRECTION CORP OF AMERICA (NSDC), *et al.*,<br><br>　　　　　　Defendants. | 2:20-cv-01436-JAD-VCF<br><br>**ORDER** |

Before the Court is the Status Check and Request for Docket Sheet (ECF NO. 31).

Accordingly,

IT IS ORDERED that a video hearing is scheduled for 10:00 AM, June 18, 2021, on the Status Check and Request for Docket Sheet (ECF NO. 31).

IT IS FURTHER ORDERED that Plaintiffs Melvin L. Dillon and Robert J. Dillon must make an appearance for the hearing via video, scheduled for 10:00 AM, June 18, 2021.

DATED this 11th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE