# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Melvin L. Dillon, et al.,

    Plaintiffs

v.

Core Civic, Correction Corp of America (NSDC), et al.,

    Defendants

Case No.: 2:20-cv-01436-JAD-VCF

**Order Adopting Report & Recommendation**

[ECF No. 34]

    In a June 18, 2021, report and recommendation, the magistrate judge ordered the plaintiffs to file a proper amended complaint by July 19, 2021, and he recommends that, if they fail to do so, this case be permitted to proceed only on a single injunctive-relief claim against defendants Koehn, Carvajal, and Jefferson to remedy an alleged deliberate indifference to unsafe conditions.[1] The deadline for any party to object to that recommendation was July 2, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 34] is ADOPTED**. If plaintiffs fail to file a proper amended complaint that complies with my prior order [ECF No. 8] by July 19, 2021, this case will proceed

---

[1] ECF No. 34 at 2.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

only on a single injunctive-relief claim against defendants Koehn, Carvajal, and Jefferson to remedy an alleged deliberate indifference to unsafe conditions.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 12, 2021