UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVIN L. DILLION and ROBERT J. DILLION<br><br>Plaintiffs,<br><br>v.<br><br>CORE CIVIC, CORRECTION CORP OF AMERICA (NSDC), et al.,<br><br>Defendants. | Case No. 2:20-cv-01436-ART-VCF<br><br>ORDER |

The Complaint in this action was filed on October 20, 2020 (ECF No. 9). The Court issued a notice of intent to dismiss Michael Carvajal under Fed. R. Civ. P. 4(m) unless proof of service is filed by December 2, 2022. (ECF No. 66.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Michael Carvajal are dismissed without prejudice.

DATED this 16th day of June 2023.

_____
Anne R. Traum
United States District Court Judge

1