# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Melvin L. Dillon, *et al*.,

               Plaintiff(s),

vs.

Core Civic, Correction Corp of America (NSDC) et al,

               Defendant(s).

**2:20-cv-01436-ART-MDC**

**ORDER TO SHOW CAUSE**

This case is almost four years old. The last action taken in this case was in June 2023 (*See* ECF No. 71). Most, if not all, of the defendants have been terminated. Mail was also returned numerous times (*See* ECF Nos. 70, 72, 73, 75, 76). Some of the returned mail was marked as "refused." *See* ECF Nos. 73, 75, 76. According to the Bureau of Prison's ("BOP") inmate database, plaintiffs are no longer at the addresses listed with the Court. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

ACCORDINGLY, **IT IS ORDERED** that:

1. Plaintiffs shall file their updated address(es) with the Court by **September 5, 2024**.

2. Plaintiffs must show cause and file a brief with the Court by **September 5, 2024**, demonstrating why this action should not be dismissed for failure to prosecute his claims against defendants.

3. Failure to show cause or comply with this Order may result in a recommendation that this case be dismissed.

DATED this 6th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.